# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00113-DKW-WRP |
| CASE NAME: | XueMei Devine et al v. SNT Jewels et al. |
| ATTY FOR PLA: | Phillip A. Li, Esq. |
| PLA REPRESENTATIVES: | XueMei Devine<br>Charles Devine |
| ATTYS FOR DEFTS: | Seth M. Reiss, Esq.<br>Lisa Malia Yang, Esq. |
| SNL JEWELS REPRESENTATIVES: | Harout Nikoghossian<br>Veeviannie Nikoghossian |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | Confidential/No Record |
| DATE: | 06/24/2021 | TIME: | 12:30 p.m. - 4:00 p.m. |

COURT ACTION:  EP:  EARLY SETTLEMENT CONFERENCE

The Court held an Early Settlement Conference by video teleconference. Settlement discussions are ongoing.

*Submitted by: Juliet Parker, Courtroom Manager.*