# MINUTE ORDER

CASE NUMBER: 1:21-CV-00113-DKW-WRP

CASE NAME: XueMei Devine, et al. v. SNT Jewels, et al.

JUDGE: Wes Reber Porter  DATE: June 25, 2021

COURT ACTION: EO: ORDER TO SHOW CAUSE

On June 24, 2021, the Court held an Early Settlement Conference by video teleconference. See ECF No. 34. Defendants SNT Jewels, Harout Nikoghossian, and Veeviannie Nikoghossian are ORDERED to Show Cause why they should not be sanctioned under Federal Rule of Civil Procedure 16(f) for failing to participate in good faith in the Early Settlement Conference.

A hearing on this Order to Show Cause shall take place before Magistrate Judge Wes Reber Porter on July 13, 2021, at 11:00 a.m. in Courtroom 7, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

The Court ORDERS Defendant Harout Nikoghossian and Defendant Veeviannie Nikoghossian to personally appear at the hearing on July 13, 2021.

No later than July 9, 2021, Plaintiffs shall file a declaration detailing the reasonable expenses incurred related to the Early Settlement Conference, including attorneys' fees and investigative costs. The supplemental declaration should contain sufficient information for the Court to determine the reasonableness of any attorneys' fees, including the work completed and the hourly rates requested.

Nothing in this Order to Show Cause shall be construed to preclude Plaintiffs from filing the appropriate motion for discovery sanctions or motion to compel.

IT IS SO ORDERED.

Submitted by: Juliet Parker, Courtroom Manager