934956v1

WATANABE ING LLP
A Limited Liability Law Partnership

SETH M. REISS         #2774-0
LISA M. YANG          #10360-0
First Hawaiian Center
999 Bishop Street, Suite 1250
Honolulu, Hawaii 96813
Telephone:  (808) 544-8300
Facsimile:  (808) 544-8399
E-mails:    seth.reiss@lex-ip.com; lyang@wik.com

Attorneys for Defendants
SNT JEWELS dba KINGOFSS925,
VEEVIANNIE NIKOGHOSSIAN, and HAROUT
NIKOGHOSSIAN aka HARRY NIKOGHOSSIAN
aka HAROLD NIKOGHOSSIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| XUEMEI DEVINE dba ANELA'S JEWELRY and CHARLES DEVINE dba ANELA'S JADE,<br><br>Plaintiffs,<br><br>v.<br><br>SNT JEWELS dba KINGOFSS925; VEEVIANNIE NIKOGHOSSIAN; HAROUT NIKOGHOSSIAN aka HARRY NIKOGHOSSIAN aka HAROLD NIKOGHOSSIAN; DOE DEFENDANTS 1-10,<br><br>Defendants. | CIVIL NO. 21-00113 DKW-WRP<br><br>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS SNT JEWELS dba KINGOFSS925, VEEVIANNIE NIKOGHOSSIAN, AND HAROUT NIKOGHOSSIAN aka HARRY NIKOGHOSSIAN aka HAROLD NIKOGHOSSIAN; DECLARATION OF SETH M. REISS; CERTIFICATE OF SERVICE<br><br>Jury Trial:  May 23, 2022<br>Hon Judge:  Derrick K. Watson |

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS SNT JEWELS dba KINGOFSS925, VEEVIANNIE NIKOGHOSSIAN, AND HAROUT NIKOGHOSSIAN aka HARRY NIKOGHOSSIAN aka HAROLD NIKOGHOSSIAN'S

The law firm Watanabe Ing LLP ("Watanabe Ing") hereby moves this Honorable Court for an order granting Watanabe Ing leave to withdraw as counsel for Defendants SNT JEWELS dba KINGOFSS925, VEEVIANNIE NIKOGHOSSIAN, AND HAROUT NIKOGHOSSIAN aka HARRY NIKOGHOSSIAN aka HAROLD NIKOGHOSSIAN (collectively "Defendants") on the basis that: (1) Watanabe Ing is no longer able to represent Defendants consistent with its professional obligations; and/or (2) other good cause for withdrawal exists.

This Motion is made pursuant to Local Rule 83.5 of the Rules of the U.S. District Court for the District of Hawaiʻi and Rule 1.16(b) of the Hawaiʻi Rules of Professional Conduct, and is supported by the accompanying Declaration of Seth M. Reiss.

2

DATE: Honolulu, Hawaiʻi, June 28, 2021.

WATANABE ING, LLP

/s/ Seth M. Reiss
SETH M. REISS
LISA M. YANG
Attorneys for Defendants
SNT JEWELS dba KINGOFSS925,
VEEVIANNIE NIKOGHOSSIAN, and
HAROUT NIKOGHOSSIAN aka HARRY
NIKOGHOSSIAN aka HAROLD
NIKOGHOSSIAN