IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| XUEMEI DEVINE dba ANELA'S JEWELRY and CHARLES DEVINE dba ANELA'S JADE,<br><br>Plaintiffs,<br><br>v.<br><br>SNT JEWELS dba KINGOFSS925; VEEVIANNIE NIKOGHOSSIAN; HAROUT NIKOGHOSSIAN aka HARRY NIKOGHOSSIAN aka HAROLD NIKOGHOSSIAN; DOE DEFENDANTS 1-10,<br><br>Defendants. | CIVIL NO. 21-00113 DKW-WRP<br><br>DECLARATION OF SETH M. REISS |

## **DECLARATION OF SETH M. REISS**

I, SETH M. REISS, declare and state as follows:

1. I am an attorney licensed to practice law in all courts of the State of Hawai'i and one of the attorneys representing Defendants SNT JEWELS dba KINGOFSS925, VEEVIANNIE NIKOGHOSSIAN, AND HAROUT NIKOGHOSSIAN aka HARRY NIKOGHOSSIAN aka HAROLD NIKOGHOSSIAN ("collectively Defendants") in the above-captioned matter. The law firm of Watanabe Ing ("Watanabe Ing") represents Defendants in the instant proceeding.

2. I respectfully request, on behalf of Watanabe Ing, leave to withdraw as counsel for Defendants pursuant to Rules 1.16(b) of the Hawai'i Rules of Professional Conduct ("HRPC").

3. Without intending to waive any evidentiary privilege held by the Defendants, I submit that one or more of the provisions of Rules 1.16(b) of the Hawai'i Rules of Professional Conduct ("HRPC") apply in the context of Watanabe Ing's continued representation of Defendants in this matter.

3. This proceeding is in its early stages. As such, I believe the withdrawal can be accomplished without material adverse effect on the interests of the Defendants and without any material impact on judicial economy.

4. Defendants have been informed of Watanabe Ing LLP's intention to withdraw in this matter. Upon information and belief, Defendants are in the process of retaining replacement counsel.

5. Defendants' business address, business telephone number and business email address are:

> 334 Seaside Avenue, #403
> Honolulu, HI 96815
> (808) 931-6400
> kingofss925@yahoo.com

6. Defendants have been warned that they are responsible for complying with all court orders and time limitations established by any applicable rules.

7.  A copy of the instant Motion is being sent to Defendants via regular mail and email as indicated in the attached Certificate of Service.

8.  I will, in any case, attend the hearing scheduled for July 13, 2021, pursuant to the Order to Show Cause dated June 25, 2021 [Doc. NO. 35].

9.  I have contacted Plaintiffs' counsel, pursuant to Local Rule 7.8, to advise Plaintiffs' counsel regarding Watanabe Ing's intention of filing this motion for leave to withdraw and was advised by Plaintiffs' counsel that Plaintiffs have no position on the motion.

I, SETH M. REISS, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaiʻi, June 28, 2021.

/s/ Seth M. Reiss
SETH M. REISS