969564v1

WATANABE ING LLP
A Limited Liability Law Partnership

SETH M. REISS        #2774-0
LISA M. YANG         #10360-0
First Hawaiian Center
999 Bishop Street, Suite 1250
Honolulu, Hawaii 96813
Telephone:  (808) 544-8300
Facsimile:  (808) 544-8399
E-mails:    seth.reiss@lex-ip.com; lyang@wik.com

Attorneys for Defendants
SNT JEWELS dba KINGOFSS925,
VEEVIANNIE NIKOGHOSSIAN, and HAROUT
NIKOGHOSSIAN aka HARRY NIKOGHOSSIAN
aka HAROLD NIKOGHOSSIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| XUEMEI DEVINE dba ANELA'S JEWELRY and CHARLES DEVINE dba ANELA'S JADE,<br><br>Plaintiffs,<br><br>v.<br><br>SNT JEWELS dba KINGOFSS925; VEEVIANNIE NIKOGHOSSIAN; HAROUT NIKOGHOSSIAN aka HARRY NIKOGHOSSIAN aka HAROLD NIKOGHOSSIAN; DOE DEFENDANTS 1-10,<br><br>Defendants. | CIVIL NO. 21-00113 DKW-WRP<br><br>SUPPLEMENTAL DECLARATION OF SETH M. REISS IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW [DKT. NO. 36]<br><br><br><br>Jury Trial:  May 23, 2022<br>Hon Judge:  Derrick K. Watson |

# SUPPLEMENTAL DECLARATION OF SETH M. REISS IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW [DKT. NO. 36]

I, SETH M. REISS, declare and state as follows:

1. I submit this Supplemental Declaration in support of the Motion to Withdraw as Counsel for Defendants [Dkt. No. 36] and as directed by the Court in the Electronic Order issued June 29, 2021 [Dkt. No. 37].

2. Upon information and belief, Defendant SNT Jewels is not a corporation, partnership, or other business entity.

3. Upon information and belief, Defendant SNT Jewels is also not a fictitious business name created by or used on behalf of a corporation, partnership, or other business entity.

4. Notwithstanding, Defendants have been warned that if SNT Jewels is a corporation, partnership, or other business entity, SNT Jewels cannot appear without counsel admitted to practice before the Court, and, absent prompt appearance of substitute counsel, pleadings, motions, and other documents may be stricken and default judgment or other sanctions may be imposed against the entity.

I, SETH M. REISS, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaiʻi, July 1, 2021.

/s/ Seth M. Reiss
SETH M. REISS