# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00113-DKW-WRP |
| CASE NAME: | Devine v. SNT Jewels |
| ATTY FOR PLA: | Phillip A. Li, Esq. |
| ATTYS FOR DEFT: | Kerry S. Culpepper, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | ATT |
| DATE: | 7/16/2021 | TIME: | 8:30 a.m. – 8:45 a.m. |

COURT ACTION:  EP:   SETTLEMENT ON THE RECORD

The Court held a Telephonic Settlement on the Record.

Counsel stated the key terms on the record.

The Court found that the parties have entered into a valid and enforceable settlement.

Stipulated Consent Judgement or Stipulation for Dismissal shall be submitted to Watson_orders@hid.uscourts.gov no later than July 31, 2021.

All dates and deadlines, including trial, are VACATED.

*Submitted by: Juliet Parker, Courtroom Manager*